### 20909.   SMITH *v.* BECKER ROOFING COMPANY.

BELL, J.   In this suit for the purchase-price of certain roofing, in which the defendant pleaded total failure of consideration, the evidence authorized a finding that the consideration had only partially failed, and the verdict for the plaintiff, in a materially reduced amount, was supported by the evidence.   No error of law being complained of, the court did not err in refusing the defendant's motion for a new trial.

> *Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*

> DECIDED APRIL 20, 1931.

*S. H. Dyer,* for plaintiff in error.   *Hall & Jones,* contra.